UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY PIKE,

     **CONSENT ORDER TO**
     **REMAND PURSUANT TO**
  Plaintiff,  **SENTENCE 4 OF**
     **42 U.S.C. 405(g)**

  v.  Civil Action
    No. 14-1557 (GTS/DEP)

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

  Defendant.
-------------------------------------------------------------X

This matter having been opened to the Court by Richard S. Hartunian, United States Attorney for the Northern District of New York, and Peter Jewett, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant to undertake further administrative proceedings, pursuant to sentence 4 of 42 U.S.C. 405(g); and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter, so that further administrative action may be taken;

IT IS on this 4th day of August, 2015

ORDERED that this matter be, and the same hereby is, REMANDED to for further administrative proceedings and issuing a new decision and it is further

ORDERED that the within matter, be and hereby is, DISMISSED.

_____
David E. Peebles
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                                Richard S. Hartunian
                                United States Attorney

By:    s/ Peter W. Jewett
        Peter W. Jewett
        Special Assistant U.S. Attorney

By:    s/ Peter Gorton
        Peter Gorton
        Lachman & Gorton
        Attorney for Plaintiff